# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:18CR301 |
| vs. | ) | |
| KRISTA PARKER, | ) | ORDER |
| CHARLES NEIL PARKER, | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant Krista Parker's unopposed Motion to Continue Trial [78]. Counsel will be out of the district the week of May 13-17, 2019. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [78] is granted, as follows:

1. The jury trial, **for both defendants**, now set for May 13, 2019 is continued to July 15, 2019.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and July 15, 2019, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** April 30, 2019.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**