**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:18CR301** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KRISTA PARKER,** | ) | **ORDER** |
| **CHARLES NEIL PARKER,** | ) | |
| | ) | |
| **Defendants.** | | |

This matter is before the court on the defendant Charles Neil Parker's Motion to Continue Trial [81]. Counsel needs additional time to further explore the possible resolution of the matter. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [81] is granted, as follows:

1. The jury trial, **for both defendants**, now set for July 15, 2019 is continued to September 3, 2019.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and September 3, 2019, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: July 1, 2019.**

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**