# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:18CR301 |
| vs. | ) | |
| KRISTA PARKER, | ) | ORDER |
| CHARLES NEIL PARKER, | ) | |
| Defendants. | ) | |

This matter is before the court on the government's Motion to Continue Trial [90] and defendant Charles Neil Parker's Motion to Join Plaintiff's Motion to Continue Trial [91] and defendant Krista Parker's Motion to Join Plaintiff's Motion to Continue Trial [93]. The plaintiff and defendants are in continuing good faith discussions regarding possible resolution of the matter. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [90], and the Motions to Join [91] and [93], are granted, as follows:

1. The jury trial, **for both defendants**, now set for December 9, 2019, is continued to **February 24, 2020**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 24, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

**DATED:** November 21, 2019.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**