# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR301 |
| Plaintiff, | ) ) ) | **MOTION TO RESTRICT** |
| v. | ) ) ) | |
| KRISTA PARKER, | ) ) | |
| Defendant. | ) | |

The Defendant intends to file a "*Motion for Variance, Brief In Support Of Motion For Variance* and *Defendant's Index Of Exhibits*" which contains personal information about her and is protected from public viewing in accordance with the law.

WHEREFORE, Defendant requests the Court grant an order allowing her to file the above-referenced documents pursuant to the E-Government Act.

                                                 KRISTA PARKER, Defendant,

                                                 By **s/ David R. Stickman**
                                                 **David R. Stickman, #17076**
                                                 **FEDERAL PUBLIC DEFENDER**
                                                 222 South 15th Street, #300N
                                                 Omaha, NE 68102
                                                 Telephone: (402) 221-7896
                                                 Fax: (402) 221-7884
                                                 E-Mail: david_stickman@fd.org